UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EARL JONES,
ADC #154041                                                                                              PLAINTIFF

VS.                              5:17-CV-00041 BRW/JTR

VALENTINE, Nurse,
Tucker Unit, Arkansas Department of Correction                        DEFENDANT

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation in its entirety.

Therefore, this case is dismissed without prejudice for failing to state a claim upon which relief may be granted. Dismissal is a strike, and I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 6th day of March, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) & (g).