UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EARL JONES,**
**ADC #154041**                                                                                    PLAINTIFF

VS.                          5:17-CV-00041 BRW/JTR

**VALENTINE, Nurse,**
**Tucker Unit, Arkansas Department of Correction**                      DEFENDANT

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 6th day of March, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).